## No. 14,133.

MRS. STOVER'S BUNGALOW CANDIES, INC. *v.* WILLIAMS
AND ROSE ELECTRIC COMPANY.
(74 P. [2d] 1247)

Decided December 13, 1937.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck, Mr. Justice Knous and Mr. Justice Holland participating.

Mr. CARLE WHITEHEAD, Mr. ALBERT L. VOGL, Mr. FRANK A. WACHOB, for plaintiff in error.

Mr. CHARLES ROSENBAUM, for defendant in error.